JUDGE SWAIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :     INDICTMENT

    -v.-                         :
                                        08 Cr.
FRANCISCO SALAZAR,               :
    a/k/a "Francisco Madio Zalazar,"
    a/k/a "Francisco Marco,"      :
    a/k/a "Francisco Marco Zalazar,"
    a/k/a "Marcos Sevilla,"       :

               Defendant.       :

08 CRIM 719

- - - - - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

On or about June 10, 2008, in the Southern District of New York and elsewhere, FRANCISCO SALAZAR, a/k/a, "Francisco Madio Zalazar," a/k/a "Francisco Marco Zalazar," a/k/a "Francisco Marco," and a/k/a "Marcos Sevilla," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter and was found in the United States, after having been removed from the United States on or about July 7, 2007, subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about January 8, 1996, in the Supreme Court of the State of New York, Bronx County, for assault in the first degree, a class C felony, in violation of Penal Law 120.10

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4 2008

without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

/s/ Angela L. Lima
_____
FOREPERSON

/s/ Michael J. Garcia
_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

FRANCISCO SALAZAR,
a/k/a "Francisco Madio Zalazar,"
a/k/a "Francisco Marco Zalazar,"
a/k/a "Francisco Marco,"
a/k/a "Marcos Sevilla,"

Defendant.

---

INDICTMENT

08 Cr.

(8 U.S.C. § 1326(a) & (b)(2).)

---

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*

Foreperson.

---

8/4/08 Filed Indictment. A/W issued. Case assigned to Judge Swain & Mag. Judge Katz