USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 2 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

FRANCISCO SALAZAR,

Defendant.

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

08 Cr. 719 (LTS)

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

Michael J. Garcia
United States Attorney.

Aimee Hector
Assistant U.S. Attorney
(212) 637-2203

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   WARDEN, Manhattan Detention Center
      125 White Street
      New York, NY 10013

      and

      United States Marshal for the
      Southern District of New York

GREETINGS:

YOU ARE HEREBY COMMANDED to have the body of FRANCISCO SALAZAR (NYSID: 7304173M; DOB 94/26/76), now detained at the Manhattan Detention Center, 125 White Street, New York, NY 10013, released into the custody of the United States Marshals Service, or any other authorized law enforcement officer, so that FRANCISCO SALAZAR may be transported under safe and secure conduct to the Metropolitan Correctional Center, 150 Park Row, New York, New York, 10007, on or before August 18, 2008, to be available for prosecution in connection with his alleged commission of the crime of illegal reentry, in *United States v. Francisco Salazar*, 08 Cr. 719 (LTS), and to appear as necessary thereafter until immediately after FRANCISCO SALAZAR shall have been discharged or convicted and sentenced, at which time you shall return FRANCISCO SALAZAR to the Manhattan Detention Center, 125 White Street, New York, NY 10013, and have you then and there this writ.

WITNESS the Honorable Laura T. Swain, United States District Judge for the Southern District of New York, at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York 10007, this 11th day of August, 2008.

*J. Michael McMahon*
Clerk, United States District Court
Southern District of New York

The within writ is hereby allowed.

*[signature]*
Honorable Laura T. Swain
United States District Judge
Southern District of New York

2